Gregutis v. Steinberg.                    *98 N. J. L.*

JOHN GREGUTIS, RESPONDENT, v. MORRIS STEINBERG, APPELLANT.

Submitted July 10, 1922—Decided October 6, 1922.

On appeal from the Supreme Court, whose opinion is reported in 97 *N. J. L.* 1.

For the respondent, *John J. Griffin.*

For the appellant, *William R. Wilson.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, SWAYZE, TRENCHARD, BERGEN, MINTURN, BLACK, KATZENBACH, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUSKIRK, JJ.   13.

*For reversal*—None.